No. 238, Misc. IRVIN *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Thurgood Marshall* and *Jack Greenberg* for petitioner.

No. 240, Misc. KITZINGER *v.* CLAUDY ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 241, Misc. PRUDEAUX *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 242, Misc. FOLEY *v.* ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied.

No. 246, Misc. MEYERS *v.* BARTLEY, CIRCUIT COURT JUDGE. Circuit Court of Will County, Illinois. Certiorari denied.

No. 249, Misc. THOMPSON *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 252, Misc. BYRNES *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 256, Misc. ORR *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 257, Misc. BLACKWELL *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 263, Misc. DAYTON *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 267, Misc. HOLLENBECK *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.